NEW & KARFUNKEL, P.C.
1129 Bloomfield Avenue, Suite 215
West Caldwell, New Jersey 07006
Tel. (862) 210-8220
Attorney for Plaintiffs, Local 807 Labor-Management Health and Profit-Sharing Funds

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOCAL 807 LABOR-MANAGEMENT HEALTH AND PROFIT-SHARING FUNDS, <br><br> Plaintiffs, <br> vs. <br><br> P3 TRANSPORTATION LLC <br><br> Defendant | CIVIL ACTION <br><br> DOCKET NO.: <br><br> NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD AND ENTRY OF JUDGMENT |

To: Philip Rueck, Managing Director
P-3 Transportation
14 Susie Lane
Jackson, New Jersey 08527

PLEASE TAKE NOTICE, that on March 2, 2020, at 9:00 in the forenoon, or as soon thereafter as counsel may heard, the undersigned attorneys for Plaintiffs, Local 807 Labor-Management Health and Profits Sharing Funds ("Funds") shall move for an Order confirming an Arbitration Award and Entry of Judgment in the United States Courthouse, Newark, New Jersey.

PLEASE TAKE FURTHER NOTICE, that counsel shall rely upon the attached Petition to confirm Arbitration Award and Entry of Judgment, and statement that no brief is necessary, proposed form of Order and proposed form of Judgment.

PLEASE TAKE FURTHER NOTICE, that oral argument is requested only if this application is opposed.

                          NEW & KARFUNKEL, P.C.
                          Attorney for Plaintiff

By: _____
     BENJAMIN A. KARFUNKEL

Dated: January 29, 2020