NEW & KARFUNKEL, P.C.
1129 Bloomfield Avenue, Suite 215
West Caldwell, New Jersey 07006
Tel. (862) 210-8220
Attorney for Plaintiffs, Local 807 Labor-Management Health and Profit-Sharing Funds

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOCAL 807 LABOR-MANAGEMENT HEALTH AND PROFIT-SHARING FUNDS, | CIVIL ACTION |
| Plaintiffs, | DOCKET NO.: 20-973 |
| vs. | ORDER TO CONFIRM ARBITRATION AWARD |
| P3 TRANSPORTATION LLC | |
| Defendant | |

THIS MATTER having come before the Court by New & Karfunkel, P.C., Benjamin A. Karfunkel, Esq., appearing, attorneys for Plaintiffs, pursuant to a Petition to Confirm the Arbitration Award; this Court having fully considered the moving papers, and no opposition having been submitted, without oral argument pursuant to FRCP 78 ~~opposition papers submitted by the parties, and all of the arguments of counsel, if any,~~ and for good cause shown;

IT IS ON THIS 2nd DAY OF March, 2020

ORDERED ADJUDGED AND DECREED that the Opinion and Award of January 22, 2020, shall be and hereby confirmed.

_____
Freda L. Wolfson
3/2/2020